Deborah COKER

v.

Cathy JENKINS

2130395

Court of Civil Appeals of Alabama.

01/09/2015

Appeal—Affirmed

Cross-Appeal—Affirmed

Paul BRAND

v.

MICHELIN N. AM. d/b/a B.F. Goodrich Tire Co.

2130429

Court of Civil Appeals of Alabama.

01/09/2015

Reh. denied

Tommy SMITH

v.

BANK OF AM., NA, et al.

2130451

Court of Civil Appeals of Alabama.

01/09/2015

Reh. denied

Christopher Gaines WIGLEY

v.

Tracey Lashon WIGLEY

2130459

Court of Civil Appeals of Alabama.

01/16/2015

Reh. denied 02/20/2015

Affirmed

Brian Mark PENTECOST

v.

Katherine M. EDDINS

2130466

Court of Civil Appeals of Alabama.

02/13/2015

Affirmed